1
2
3
4
5
6
7

The Honorable James L. Robart

8   UNITED STATES DISTRICT COURT
9   WESTERN DISTRICT OF WASHINGTON
    AT SEATTLE

10  UNITED STATES OF AMERICA,       )
                                    )   NO.   CR04-0243JLR
11                    Plaintiff,    )
                                    )
12          v.                      )   ORDER CONTINUING
                                    )   TRIAL DATE
13  DEVIN JENNINGS,                 )
                                    )
14                    Defendant.    )
                                    )
15                                  )
                                    )
16  _____

17          Upon the stipulation of the parties to continue the trial date in the above-
18  captioned case, the Court finds that such a continuance would serve the ends of justice
19  and outweigh the best interests of the public and the defendant in a speedy trial, and
20  that failure to grant the requested continuance would deny the defendant the reasonable
21  time  necessary for effective assistance of counsel and would likely result in a
22  miscarriage of justice.
23  //
24  //
25  //
26
27
28

ORDER CONTINUING TRIAL DATE /JENNINGS
CR04-243JLR-1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |
|---|---|
| 1 | THEREFORE, IT IS HEREBY ORDERED that the trial date be continued to |
| 2 | August 17, 2005, and the period of delay resulting from this continuance from June 20, |
| 3 | to August 17, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. |
| 4 | § 3161(h)(8)(A) and (B). |
| 5 | DONE this 19th day of June, 2005. |

s/James L. Robart
_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Presented By:

s/ William H. Redkey, Jr._____
William H. Redkey Jr.
Assistant United States Attorney
WA Bar # 7734
United States Attorney's Office
700 Stewart Street, 601 Union Street, Suite 5100
Seattle, WA 98101-3909
Telephone: (206) 553-1206
Fax: (206) 553-4986
E-mail: william.redkey@usdoj.gov


s/ Andrew Colasurdo_____
C. ANDREW COLASURDO
Special Assistant United States Attorney


s/ Michael Martin_____
Michael Martin
Attorney for Devin Jennings

.

ORDER CONTINUING TRIAL DATE /JENNINGS
CR04-243JLR-1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970