UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CASE NO. CR04-243-JLR |
| Plaintiff,   ) | |
| ) | |
| v.   ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DEVIN JENNINGS,   ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant.   ) | |
| _____ ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on October 19, 2012. The United States was represented by AUSA Andy Colasurdo and the defendant by Michael Martin. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 21, 2006 by the Honorable James L. Robart on a charge of Felon in Possession of a Firearm (Count 1); Possession of Firearm with Obliterated Serial Number (Count 2), and sentenced to 180 months custody, 5 years supervised release on Count 1 and 60 months custody on Count 2, to run concurrently with the sentence imposed on Count 1.

The conditions of supervised release included the standard conditions plus the

requirements that defendant participate in drug testing and treatment, submit to search, provide financial information as requested, not be self-employed or employed by friends, relatives, associates or persons previously known to defendant without approval, not work for cash, and have all employment approved.  (Dkt. 112.)

On July 7, 2008, defendant was re-sentenced to 100 months on Count 1, 60 months on Count 2 to run concurrently, 3 years supervised release. (Dkt. 141.)

On May 27, 2012, defendant's probation office reported that Defendant had tested positive for cocaine. Defendant was reprimanded and referred for professional assessment.  No further action was taken at the time. (AR 142.)

In an application dated (Dkt. 143, 144), U.S. Probation Officer Andrew J. Lorenzen alleged the following violations of the conditions of supervised release:

1. Using cocaine on or about August 7, 2012, in violation of a general condition of supervision and standard condition number 7.

2. Committing the crime of Possession with Intent to Distribute Cocaine, on or about August 16, 2012, in King County, WA, in violation of a general condition of supervision.

3. Committing the crime of Malicious Mischief 1st Degree, on or about August 16, 2012, in King County, WA, in violation of a general condition of supervision.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted violations 1 and 2 and waived any evidentiary hearing as to whether they occurred. The government moved to dismiss alleged violation 3. (Dkt. 151.)

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1 and 2,  and that the Court conduct a hearing limited to the issue of

disposition. I recommend the Court dismiss alleged violation 3. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 19th day of October, 2012.

　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　District Judge:　　　　Honorable James L. Robart
　　　　AUSA:　　　　　　　　Carl A. Colasurdo
　　　　Defendant's attorney:　Michael G. Martin
　　　　Probation officer:　　　Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3